UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JULIE A. DOTTON,

            Petitioner,

v.                                        21-mc-23

UNITED STATES OF AMERICA,

            Respondent.

## STIPULATION OF DISCONTINUANCE

WHEREAS, the petitioner, Julie A. Dotton, has filed an Amended Petition to Quash IRS Summonses seeking records from three third-party record keepers regarding internal revenue matters involving the petitioner; and

WHEREAS, the IRS has decided not to enforce the IRS summonses that are the subject of the petitioner's Amended Petition to Quash; and

WHEREAS, the Amended Petition to Quash the IRS summonses is now moot, now

IT IS HEREBY STIPULATED AND AGREED, that this action will be voluntarily discontinued by the parties.

DATED: Buffalo, New York, June 10, 2021

                                      BARNES LAW, LLP

                                      *Robert E. Barnes*
                                      ROBERT E. BARNES, ESQ.
                                      700 S. Flower Street, Suite 1000
                                      Los Angeles, California 90017
                                      *Attorney for Petitioner*